AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ARTURO TORRES OCHOA,

      Plaintiff,              JUDGMENT IN A CIVIL CASE
V.

                                    CASE NUMBER: 3:12-00276-HDM-VPC

ZIMMER, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE AS FRIVOLOUS**.

June 21, 2012                                 **LANCE S. WILSON**
   Date                                                           Clerk

                                                                  /s/   M. Campbell
                                                                       Deputy Clerk